Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff JEFFREY P. AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY P. AGUILAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting<br><br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:17-CV-00003 AC<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jeffrey P. Aguilar ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to July 6, 2017; and that Defendant shall have until August 7, 2017, to file her opposition. Any reply by plaintiff will be due August 28, 2017.

-1-

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 5, 2017                Respectfully submitted,

                                    LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff JEFFREY P. AGUILAR

DATED: June 5, 2017               PHILLIP A. TALBERT
United States Attorney


*/S/- Jennifer A. Kenney

_____
Jennifer A. Kenney
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including July 6, 2017, in which to file Plaintiff's Motion for Summary
3 Judgment; Defendant may have an extension of time to August 7, 2017 to file her
4 opposition, if any is forthcoming. Any reply by plaintiff will be due August 28,
5 2017.
6     IT IS SO ORDERED.
7 DATE: June 6, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE