PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY P. AGUILAR, | Case No.: 2:17-CV-00003-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. The additional time is requested due to Defendant's counsel's exceptionally heavy workload at this time, including four employment law matters in active litigation, three pending before the pending Equal Employment Opportunity Commission and another before the Merit Systems Protection Board. In addition, Defendant's counsel has more than a dozen other pending district court and Ninth Circuit cases with filing deadlines imminent. The additional time requested is needed to

Stip. & Prop. Order to Extend 2:17-cv-00003-AC      1

adequately research the issues Plaintiff has presented.  The current due date is September 11, 2017.  The new due date will be October 11, 2017.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 11, 2017      <u>*/s/  Steven Rosales*</u>
(as authorized by email on Sept. 11, 2017)
STEVEN ROSALES
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff

Dated: September 11, 2017      PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:      <u>*/s/  Jennifer A. Kenney*</u>
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: September 11, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend 2:17-cv-00003-AC      2