PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY P. AGUILAR, | ) Case No.: 2:17-CV-00003-AC |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF 14 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 14 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. The additional time is requested because Defendant's counsel will be traveling out of the state for the next two weeks, including the day that her response is due, and will be unable to file by the current deadline. The current due date is October 11, 2017. The new due date will be October 25, 2017. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant's counsel apologizes for any inconvenience this request may cause and anticipates that no further extensions will be needed.

Stip. & Prop. Order to Extend 2:17-cv-00003-AC     1

Respectfully submitted,

Dated: October 9, 2017
/s/ Steven Rosales
(as authorized by email on October 9, 2017)
STEVEN ROSALES
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff

Dated: October 9, 2017
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By: /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: October 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE